The interview will take place as scheduled. All applicants, in the absence of any other ineligibility, will be refused under INA Section 221(g) pending further guidance.

Please note additional documents or procedures can be found required at the time of interview.

Best regards,

IV UNIT
U.S. Consular General Almaty, Kazakhstan
Consular Section

